**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| STEVEN GOLDSTEIN, on Behalf of Himself and All Other Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES A. FONTAINE, JAMES H. CLARDY, STEVEN CRADDOCK, ANTHONY J. LEVECCHIO, BERNARD T. MARREN, DREW PECK, ROBERT M. RAST, RAGHU RAU, TRAVIS WHITE, MICROTUNE, INC and ZORAN CORP.,<br><br>Defendants. | : | CIVIL ACTION No. 4:10-cv-00458<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>ECF Case |

**PLAINTIFF'S NOTICE OF DISMISSAL**

**NOTICE IS HEREBY GIVEN** that pursuant to Federal Rule of Civil Procedure 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: September 24, 2010

**PULS & LIEBRECHT PC**

By: ______________________
W. Kelly Puls
State Bar No. 16393350
Meadows Building
5646 Milton Street
Suite 431
Dallas, Texas 75206
Tel: (214) 363-9393
Fax: (214) 890-1300
Kelly@pllawpc.com

**Attorneys for Plaintiff**

Of Counsel:

**ABRAHAM, FRUCHTER & TWERSKY, LLP**
Jack G. Fruchter
Lawrence D. Levit
One Penn Plaza, Suite 2805
New York, NY 10119
Telephone: (212) 279-5050
Facsimile: (212) 279-3655